MILES, BAUER, BERGSTROM & WINTERS, LLP
Tami S. Crosby, SBN 129021
1665 Scenic Avenue, Suite 200
Costa Mesa, CA  92626
714-481-8355
714-481-9152 Facsimile

Attorneys for Defendants CITI RESIDENTIAL LENDING, INC., CR TITLE SERVICES, INC., US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST INC., ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-HE2 UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2006, WITHOUT RECOURSE, erroneously sued herein as US BANK, N.A.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARTIN GUERRERO and SARA L. GUERRERO, individuals,<br><br>    Plaintiffs<br><br>    v.<br><br>CITI RESIDENTIAL LENDING, INC., US BANK, N.A., CR TITLE SERVICES, INC., and JOHN & JANE DOES 1-10,<br><br>    Defendants | Case No:  1:08-CV-01878-LJO-GSA<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO SUMMONS AND COMPLAINT PURSUANT TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA LOCAL RULES, RULE 6-144** |

The Court, having reviewed and considered the STIPULATION TO EXTEND TIME TO RESPOND TO SUMMONS AND COMPLAINT PURSUANT TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA LOCAL RULES, RULE 6-144, filed by the parties to this action,

IT IS HEREBY ORDERED as follows:

    1)    The Stipulation is hereby approved.

    2)    Defendants CITI RESIDENTIAL LENDING, INC., CR TITLE SERVICES, INC., and US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST INC., ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2006-HE2 UNDER

1  THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2006, WITHOUT
2  RECOURSE, erroneously sued herein as US BANK, N.A. shall have a 30-day extension from February
3  2, 2009, within which to file a motion or responsive pleading to the Summons and Complaint or, by no
4  later than March 4, 2009.

6  **IT IS SO ORDERED.**

8  Dated:   January 28, 2009                    **/s/ Gary S. Austin**
                                                **Honorable Gary S. Austin, Magistrate Judge**